**Order entered September 17, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00585-CV

### GEORGE CHRISTIAN HERNANDEZ, Appellant

### V.

### JOSE ANGEL CUELLAR, Appellee

### On Appeal from the 162nd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-17-17647

## ORDER

The reporter's record in this appeal has not been filed because appellant has not requested it. By letter dated August 10, 2018, we directed appellant to file written verification he had requested the record. *See* TEX. R. APP. P. 37.3(c). Although we cautioned him that failure to comply could result in the appeal being submitted without the reporter's record, he has not complied. Accordingly, we **ORDER** the appeal submitted without the reporter's record. *See id.*

As the clerk's record has been filed, we **ORDER** appellant to file his brief no later than October 16, 2018.

/s/     DAVID EVANS
         JUSTICE